UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KATHLEEN JONES,<br>    *Plaintiff*, | )<br>)<br>) | |
| *vs.* | )<br>) | 2:11-cv-0146-JMS-WGH |
| WAL-MART STORES, INC., *et al.*,<br>    *Defendants.* | )<br>)<br>)<br>) | |

## ORDER TO FILE AMENDED COMPLAINT PURSUANT TO LR 81.1

On May 31, 2011, Defendants removed Plaintiff Kathleen Jones' personal injury action to this Court from Putnam Circuit Court. [Dkt. 1.] Defendants did so, alleging that this Court can properly exercise diversity jurisdiction under 28 U.S.C. § 1441. [*Id.* at 1-2.]

Defendants allege that Ms. Jones is a citizen of Indiana. [Dkt. 1 at 1 ¶ 3.] Ms. Jones' state court complaint, however, only asserts that she is a resident of Indiana. [Dkt. 1-1 at 10 ¶ 1.] "[R]esidence and citizenship are not synonyms and it is the latter that matters for purposes of diversity jurisdiction." *Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002).

Moreover, Defendants allege that the amount in controversy exceeds $75,000 "[b]ased upon the allegations of plaintiff's Complaint." [Dkt. 1 at 1 ¶ 4.] Ms. Jones' state court complaint alleges that she slipped in a puddle of water on Defendants' property and "incurred injuries to her person, some of which are permanent in nature, and which have required medical treatment." [Dkt. 1-1 at 11 ¶ 13.] Ms. Jones does not detail the nature of her injury or the amount of treatment she sought; therefore, it is unclear how Defendants arrived at the conclusion that more than $75,000, exclusive of interest and costs, is at issue in this case.

Pursuant to Local Rule 81.1, Ms. Jones has **28 days** following Defendants' removal on May 31, 2011 to amend her complaint to certify that the amount of damages at issue is at least $75,000, exclusive of interest and costs. Additionally, Ms. Jones must assert her state of citizenship in the Amended Complaint so that the Court can confirm that it can exercise diversity jurisdiction over this matter.

06/01/2011

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via Mail only:**

Michael Van Treese
235 North Delaware Street
Indianapolis, IN 46204

**Distribution via ECF only:**

Thomas L. Davis
FROST BROWN TODD LLC
tdavis@fbtlaw.com